**CRIMINAL PROCEEDINGS** — **U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: M. HANNAH LAUCK                                              DOCKET NO.: 3:24cr158
REPORTER: RUTH LEVY, OCR                                      DATE: OCTOBER 29, 2024

UNITED STATES OF AMERICA                                             COUNSEL
          v.

1. ROBERT DAMIAN ATKINS                                           1. MICHAEL MOORE

**APPEARANCES:** GOVERNMENT: <u>ERIC GILLILAND and STEPHEN MILLER, AUSAs</u> ☒
DEFENDANT WITH COUNSEL ☒     DEFENDANT WITHOUT COUNSEL ☐
DEFENDANT NOT PRESENT ☐     WAIVER OF APPEARANCE FILED ☐

**BAIL STATUS:** DEFENDANT ON BOND ☐   DEFENDANT INCARCERATED ☒   BOND NOT SET ☐

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ☒  REARRAIGNMENT/GUILTY PLEA ☐  MOTIONS ☐
OTHER: ☐

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ☐
CRIMINAL INFORMATION FILED ☐
OTHER ☐

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | ROBERT DAMIAN ATKINS | ☒ | ☐ | ☐ | ☒ | ☒ | ☐ | ☐ |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) ____ ☐
DEFENDANT REARRAIGNED ON COUNT(S) ____ ☐
PLEA BARGAIN AGREEMENT FILED ☐  NO PLEA AGREEMENT ☐
STATEMENT OF FACTS FILED ☐     USED AS SUMMARY ☐
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) ____ ☐
COURT ACCEPTED PLEA ☐   GOVERNMENT SUMMARIZED EVIDENCE ☐

<u>**JUDGMENT:**</u> DEFENDANT GUILTY AS CHARGED IN COUNT(S) ____ ☐
PRESENTENCE REPORT ORDERED ☐    P.S.I. WAIVED ☐
SENTENCING GUIDELINE ORDER ENTERED ☐

**BOND HEARING PROCEEDINGS:** DEFENDANT CONTINUED ON PRESENT BOND ☐   DEFT REMANDED ☒
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ☐
BENCH WARRANT TO ISSUE ☐    MOTION DENIED ☐

**OTHER PROCEEDINGS:**
☐ Government motion to unseal Indictment; granted.
☒ Motions to be filed within 14 days; Responses due 14 days thereafter; 7 days for Reply. Contact Chambers to schedule oral argument, if necessary.
☐ Jury Instructions to be filed one (1) week prior to trial.
☐ Agreed Discovery Order presented; entered by Court.
☐ Consent Order of Forfeiture presented, entered by Court.

**CASE CONTINUED TO:** **12/20/2024 AT 10:30 AM FOR FPTC**
**1/7/2025 AT 9:00 AM FOR JURY SELECTION**
**1/8-10/2025 AT 9:00 AM FOR JURY TRIAL**

CASE SET: 11:30 AM     BEGAN: 11:31 AM     ENDED: 11:42 AM    TIME IN COURT: 11 MINUTES